PROB 12B
(7/93)

Report Date: May 24, 2007

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Robert Jerome Law            Case Number: 2:01CR00140-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 12/19/2002          Type of Supervision: Supervised Release

Original Offense: Possession With Intent to     Date Supervision Commenced: 05/24/07
Distribute 50 Grams or More of Cocaine Base, 21
U.S.C. § 841(a)(1)

Original Sentence: Prison - 60 Months; TSR - 60    Date Supervision Expires: 05/23/12
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

## CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with
the offender's consent.

Respectfully submitted,

by /s/ Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer
Date: May 24, 2007

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✗]  The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

5/30/07
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____     Signed: _____
         Matthew L. Thompson                            Robert Jerome Law
         U.S. Probation Officer                         Probationer or Supervised Releasee

                           May 24, 2007
                              Date